**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert B. ELLIS, Jr., Defendant–**
**Appellant.**

**No. 05–10150.**

United States Court of Appeals,
Eleventh Circuit.

July 21, 2005.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Michael J. Bowers, Balch & Bingham, Atlanta, GA, J. Converse Bright, Counselor at Law, Valdosta, GA, for Defendant–Appellant.

Before TJOFLAT, PRYOR and ALARCÓN,* Circuit Judges.

PER CURIAM.

Appellant's sentence is **vacated** and the case is **remanded** for resentencing pursuant to the sentencing model set out in *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The mandate shall issue *instanter.* Opinion to follow. Appellant is admitted to bail on the same conditions on which he was admitted to bail pretrial.